1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  100 Spear Street, Suite 600
   San Francisco, California 94105
3  Telephone:    (415) 357-4600
   Facsimile:    (415) 357-4605
4
   Attorneys for Defendants
5  NATIONWIDE MUTUAL INSURANCE COMPANY and
   ALLIED PROPERTY & CASUALTY INSURANCE
6  COMPANY

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 WALTER STUART HOME, III and          Case No. CV 10 5517 JF
   AUDRIANNE A. TAYLOR,

12           Plaintiffs,

13 vs.                                   **STIPULATION OF DISMISSAL**

14 ALLIED INSURANCE COMPANY,
   NATIONWIDE MUTUAL INSURANCE
15 COMPANY, and DOES 1 to 50, inclusive,

16           Defendants.

17

18      IT IS HEREBY STIPULATED by and between the parties to this action through their

19 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

20 pursuant to FRCP 41(a)(1).

21 DATED: April 14, 2011

22                                       LAFAYETTE & KUMAGAI LLP

23                                       GARY T. LAFAYETTE
                                         Attorneys for Defendants
24                                       NATIONWIDE MUTUAL INSURANCE
                                         COMPANY and ALLIED PROPERTY &
                                         CASUALTY INSURANCE COMPANY

25 DATED: April 12, 2011

26                                       THE WHITAKER LAW FIRM

27                                       MICHAEL T. WHITAKER
                                         Attorney for Plaintiffs
28                                       WALTER STUART HOME, III and ADRIANNE
                                         A. TAYLOR

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on April 15, 2011, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

_/s/ Gary T. Lafayette_
GARY T. LAFAYETTE